# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action No.: 06-cr-269-JLL |
| Plaintiff, | **ORDER** |
| v. | |
| DANIEL CUNEO, | |
| Defendant. | |

The Court has received and reviewed Defendant, Daniel Cuneo's request for early release under the "halfway house program" dated August 18, 2008. After consideration of Defendant's request and the Government's communication to this Court in opposition to same of September 24, 2008, it is hereby ordered that Defendant Daniel Cuneo's request is DENIED.

Dated: September 30, 2008

JOSE L. LINARES,
UNITED STATES DISTRICT JUDGE