NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DANIEL CUNEO,<br><br>　　　　　Defendant. | Criminal No.: 06-269 (JLL)<br><br><br>**ORDER** |

　　　　This matter comes before the Court by way of Defendant's motion for appointment of "appellant counsel" [CM/ECF Docket Entry No. 46] and it appearing that:

1. Defendant has filed an appeal of this Court's judgment entered on October 25, 2007 before the Court of Appeals for the Third Circuit.
2. Defendant now seeks appointment of counsel in proceeding with his appeal.
3. Although a copy of Defendant's motion appears on this Court's docket, this Court has confirmed that Defendant's motion was actually filed with and is under consideration by the Court of the Appeals for the Third Circuit.

　　　　Accordingly, **IT IS** on this **30th day of September, 2009,**

　　　　**ORDERED** that Defendant's motion for appointment of counsel be and is hereby **administratively terminated.**

　　　　**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Jose L. Linares
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Jose L. Linares
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge