UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Cr. No. 06-269 (JLL) |
| Plaintiff, | : | |
| v. | : | **ORDER** |
| DANIEL CUNEO, | : | |
| Defendant. | : | |

This matter having been opened to the Court by Defendant Daniel Cuneo, pro se, on a Motion for Clarification and as responded to by the United States (Paul J. Fishman, United States Attorney, by Philip J. Degnan, Assistant U.S. Attorney, appearing), for good and sufficient cause shown,

**IT IS** on this _10th_ day of May, 2010,

**ORDERED** that the relief requested in Defendant Daniel Cuneo's Motion for Clarification dated April 26, 2010 is hereby DENIED as the Court finds that there is no need to clarify its prior order pertaining to the wording of Mr. Cuneo's offense conduct beyond that which already exists; and it is further

**ORDERED** that Defendant Daniel Cuneo's motion pertaining to his conditions of supervised release is hereby DENIED as the Court finds said motion to be premature and without merit at this time.

_____
JOSE L. LINARES
UNITED STATES DISTRICT JUDGE