UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares, U.S.D.J. |
| v. | : | Crim. No. 06-269 |
| DANIEL CUNEO | : | <u>ORDER</u> |

This matter having been opened to the Court by defendant Daniel Cuneo, <u>pro se</u>, on a Motion for Clarification dated March 1, 2011, and as responded to by the United States (Paul J. Fishman, United States Attorney, by Philip James Degnan, Assistant U.S. Attorney, appearing), for good and sufficient cause shown,

WHEREFORE, it is on this 29th day of March, 2011,

ORDERED that the relief requested in defendant Daniel Cuneo's Motion for Clarification dated March 1, 2011 [cm/ecf docket entry #76] shall be DENIED for lack of jurisdiction;

IT IS FURTHER ORDERED that all additional motions shall be filed in the Federal District Court for the District of Maryland, which Court currently has jurisdiction over this matter.

HON. JOSE L. LINARES
United States District Judge